# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Ballpark Property Owner, LLC,

Plaintiff

v.

Custom House Risk Advisors, Inc.,

Defendant

Case No.: 2:26-cv-1865-JAD-DJA

**Order Transferring Case to Unofficial Northern Division**

Ballpark Property Owner, LLC sues Custom House Risk Advisors, Inc. for breach of contract and negligence arising out of their insurance agreement covering construction of an apartment complex in Reno, Nevada.[1] The allegations center squarely on property and agreements made in Reno, which is located in Washoe County. This district has two unofficial divisions: the southern division, which presides over cases arising in Clark, Esmeralda, Lincoln, and Nye counties; and the northern division, which presides over cases from the remaining counties.[2] Under Local Rule IA 1-8(a), civil actions "must be filed in the clerk's office for the unofficial division of the court in which the action allegedly arose."[3] Because this action arose in the northern division's Washoe County, **the Clerk of Court is directed to transfer and reopen this matter as a new action under a new docket number in the northern division**, and close this docket number without prejudice to Ballpark Property Owner, LLC regarding any limitation period and filing fee.

U.S. District Judge Jennifer A. Dorsey
August 4, 2026

[1] ECF No. 1-1.

[2] L.R. IA 1-6.

[3] L.R. IA 1-8(a).